IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**DEC 0 7 2005**

JAMES W. McCORMACK, CLERK
By: _RCarlan_
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 4:05CR00306 |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(a) |
| JOSEPH E. CAMPBELL | ) | 18 U.S.C. § 2423(b) |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Between on or about July 11, 2005, and on or about November 16, 2005, in the Eastern District of Arkansas, and elsewhere, the defendant,

### JOSEPH E. CAMPBELL

attempted to use any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, that is, a violation of Ark. Code Ann. § 5-14-110, Sexual Indecency with a Child, and a violation of Ark. Code Ann. § 5-14-127, Sexual Assault in the Fourth Degree.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On or about November 16, 2005, in the Eastern District of

Arkansas, the defendant

JOSEPH E. CAMPBELL

knowingly attempted to transport an individual who had not

attained the age of 18 years in interstate commerce with the

intent that such individual engage in any sexual activity for

which any person can be charged with a criminal offense, that is,

a violation of Ark. Code Ann. § 5-14-110, Sexual Indecency with a

Child, and a violation of Ark. Code Ann. § 5-14-127, Sexual

Assault in the Fourth Degree.

All in violation of Title 18, United States Code, Section

2423(a).

## COUNT 3

On or about November 16, 2005, in the Eastern District of

Arkansas, the defendant

JOSEPH E. CAMPBELL

traveled in interstate commerce for the purpose of engaging in

any illicit sexual conduct, as defined in Title 18, United States

Code, Sections 2423(f), 2243(a) and 2246(2), with an individual

under 18 years of age.

All in violation of Title 18, United States Code, Section

2423(b).

**END OF TEXT: SIGNATURE PAGE ATTACHED**