IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

VS.                         4:05CR00306 SWW

JOSEPH E. CAMPBELL                              DEFENDANT

<u>NOTICE OF INSANITY DEFENSE</u>

Comes the Defendant, Joseph Campbell, through his attorney, Jeff Rosenzweig,

and pursuant to Rule 12.2(a) of the Federal Rules of Criminal Procedure, hereby gives

notice to the government that he intends to assert a defense of insanity.

JOSEPH E. CAMPBELL

/s/ Jeff Rosenzweig
_____
JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
*Attorney for Defendant Campbell*

1

<u>CERTIFICATE OF SERVICE</u>

I, Jeff Rosenzweig, hereby certify that I have sent a copy electronically to the attorney for the government this 21 day of December, 2005, at the following addresses:

Todd Newton
Assistant U.S. Attorney
425 West Capitol Ave.
Little Rock, AR 72201


/s/ Jeff Rosenzweig
_____
JEFF ROSENZWEIG