IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                              4:05CR00306 SWW

JOSEPH E. CAMPBELL                                                   DEFENDANT

RESPONSE TO MOTION FOR PSYCHIATRIC EXAMINATION

Comes the Defendant, Joseph Campbell, through his attorney, Jeff Rosenzweig, and for his Response states:

1. He has no objection to the government's motion. He specifically agrees with the government's position that he be allowed to self-report to the assigned institution.

2. He agrees that the period of time regarding the examination is an excluded period for purposes of speedy trial, and that the trial should be delayed.

WHEREFORE, Campbell prays that a psychiatric examination be ordered and that other proceedings in this case be stayed pending the examination.

1

JOSEPH E. CAMPBELL

/s/ Jeff Rosenzweig

―――――――――――――――
JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
*Attorney for Defendant Campbell*

CERTIFICATE OF SERVICE

I, Jeff Rosenzweig, hereby certify that I have sent a copy electronically to the attorney for the government this 3rd day of January, 2006, at the following addresses:

Todd Newton
Assistant U.S. Attorney
425 West Capitol Ave.
Little Rock, AR 72201

/s/ Jeff Rosenzweig

―――――――――――――――
JEFF ROSENZWEIG