IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                              4:05CR00306 SWW

JOSEPH E. CAMPBELL                                                DEFENDANT

## ORDER

The Metropolitan Correctional Center (MCC) in Chicago, Illinois, has notified the Court that the forensic examination of defendant will be completed on or before March 17, 2006, and that he will be available at that time for release to his family for purposes of transportation back to his home, where he is being held on home detention until his trial.

IT IS ORDERED that on March 17, 2006, defendant be released from the custody of the Attorney General for purposes of transportation home by his mother and stepfather. If the forensic examination is not concluded by March 17, 2006, the Warden of MCC-Chicago shall immediately inform this Court by telephone and shall inform the Court of the anticipated completion date.

IT IS SO ORDERED THIS 15th day of March, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE