**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO. 4:05CR00306-001 SWW

JOSEPH E. CAMPBELL

<u>ORDER</u>

By order entered on January 4, 2006, the Court granted the motion filed by the government for a psychiatric examination of defendant. The evaluation has been completed, and the report has been received. The Court is of the opinion that it would be beneficial to conduct a hearing to determine how it should proceed next in this matter.

IT IS THEREFORE ORDERED that such hearing now is scheduled to commence at **1:00 p.m. on MONDAY, June 12, 2006**, in Room #530 of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

IT IS SO ORDERED this 25th day of May, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE