IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              4:05CR00306 SWW

JOSEPH E. CAMPBELL                                                    DEFENDANT

### MOTION FOR PERMISSION TO TRAVEL FOR FAMILY REUNION

Comes the Defendant, Joseph Campbell, through his attorney, Jeff Rosenzweig, and for his Motion states:

1. Campbell has been in home detention in Illinois during the course of these proceedings, supervised by his mother and stepfather. He was permitted to travel with a parent to a family funeral in Florida.

2. Joseph Campbell's father, Steve Campbell, is hosting a family reunion in Alabama on October 6 through 8, 2006, and desires that Joseph be able to attend. If permitted to attend, Joseph Campbell's mother and/or stepfather would transport him by automobile on October 4 or 5 to a rendezvous point somewhere between the mother's home in Illinois and the father's home in Alabama, where he would be picked up by his father or stepmother. The return would occur the same way on October 9. At all times he would be in the presence of a parent or stepparent.

1

WHEREFORE, Campbell prays that he be permitted to travel to the family reunion at the time and under the conditions described in this motion.

                                                JOSEPH E. CAMPBELL

                                                /s/ Jeff Rosenzweig
                                                _____
                                                JEFF ROSENZWEIG
                                                Ark. Bar No. 77115
                                                300 Spring St., Suite 310
                                                Little Rock, AR 72201
                                                (501) 372-5247
                                                *Attorney for Defendant Campbell*

## CERTIFICATE OF SERVICE

I, Jeff Rosenzweig, hereby certify that I have sent a copy electronically to the attorney for the government this 21st day of September, 2006, at the following addresses:

Todd Newton
Assistant U.S. Attorney
425 West Capitol Ave.
Little Rock, AR 72201

                                                /s/ Jeff Rosenzweig
                                                _____
                                                JEFF ROSENZWEIG