IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              NO.  4:05CR00306 SWW

JOSEPH E. CAMPBELL

**RESPONSE TO DEFENDANT'S MOTION FOR
PERMISSION TO LEAVE ON SATURDAY, OCTOBER 21, 2006
TO TRAVEL TO ARKANSAS FOR SENTENCING**

In response to the defendant's motion for permission to leave on Saturday, October 21, 2006, to travel to Arkansas for sentencing, the government states that it has no objections provided that defendant abides by all conditions the Probation Office has set.

>                               Respectfully submitted,
>
>                               BUD CUMMINS
>                               UNITED STATES ATTORNEY
>
>                               By /s/ TODD L. NEWTON
>                               Assistant U. S. Attorney
>                               Bar Number 95222
>                               P. O. Box 1229
>                               Little Rock, Arkansas 72203
>                               (501)340-2609
>                               todd.newton@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Jeff Rosenzweig
Attorney at Law
300 Spring St., Suite 310
Little Rock, AR  72201


                               /s/ TODD L. NEWTON